No. 85–5952. GISRIEL *v.* BOARD OF APPEALS, MARYLAND DEPARTMENT OF EMPLOYMENT AND TRAINING, *ante,* p. 1023;

No. 85–5964. LEVENTHAL *v.* UNITED STATES DEPARTMENT OF LABOR ET AL., *ante,* p. 1024;

No. 85–5998. RUNNELS *v.* KINGSTON ET AL., *ante,* p. 1025;

No. 85–6009. BOGGS *v.* VIRGINIA, *ante,* p. 1031;

No. 85–6058. LACKHOUSE *v.* MERIT SYSTEMS PROTECTION BOARD ET AL., *ante,* p. 1049;

No. 85–6070. FIELDS *v.* SIMMONS ET AL., *ante,* p. 1027;

No. 85–6139. REEDER *v.* MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY, *ante,* p. 1051;

No. 85–6193. COLATRIANO *v.* CAVE ET AL., *ante,* p. 1052; and

No. 85–6231. SOMMER *v.* CLINTON COUNTY SUPREME COURT ET AL., *ante,* p. 1067. Petitions for rehearing denied.

No. 84–1044. PACIFIC GAS & ELECTRIC CO. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL., *ante,* p. 1. Petition for rehearing denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 85–961. HOLDING *v.* SOVRAN BANK ET AL., *ante,* p. 1036. Petition for rehearing denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 85–6194. RODMAN *v.* REED ET AL., *ante,* p. 1066. Petition for rehearing denied. JUSTICE BRENNAN took no part in the consideration or decision of this petition.

APRIL 22, 1986

No. A–807 (85–6761). FUNCHESS *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE POWELL, and by him referred to the Court, is granted until 5:00 p.m., April 22, 1986.

No. 85–6761 (A–807). FUNCHESS *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. The order heretofore entered staying execution of sentence of death until 5:00 p.m., April 22, 1986, is vacated. Application for stay of execution of sentence of death, presented to JUSTICE POWELL, and by him referred to the Court, denied. Certiorari denied.